Registry
~~FILING~~ FEE
PAID $100.00
~~Pro hac~~
~~Vice~~ FLS1000183262
Steven M. Larimore, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 09-22445-CIV-COOKE/BANDSTRA

JOSE JIMENEZ,            )
                         )
       Plaintiff,        )
  vs.                    )
                         )
UNITED FREIGHT BROKER CORP., et al.,  )
                         )
       Defendants.       )
                         )
                         )

FILED by AJS D.C.

MAY 04 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Citibank, N.A. BR #121, 18395 Pines Blvd., Pembroke Pines, FL 33029 to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiff's Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant United Freight Brokerage Corp. (FEI/EIN Number: 263467072) located at 6447 Miami Lakes Drive E Suite 212 Miami Lakes, FL 33014 and/or United Freight Express Corp. (FEI/EIN Number: 263120197) located at 6447 Miami Lakes Drive E Suite 212, Miami Lakes, FL 33014 and/or Maria E. Kafury located at 11580 SW 30th Street Unit 104 Miramar, FL 33027 and/or Luis F. Mesa located at 11580 SW 30th Street Unit 104 Miramar, FL 33027 who, upon information and belief, maintains a bank account with Garnishee Bank Citibank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants Defendants United Freight Brokerage Corp., United Freight Express Corp., Maria E. Kafury, and Luis F. Mesa the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendants or who may be in possession or control of any of the property of the Defendants such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $25,000.00.

Dated on 5-4-11 , 2011.
                    Steven M. Larimore Name of Clerk
As Clerk of the Court
            By: Autumn Sandoval as Deputy Clerk