**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 09-22445-CIV-COHN/SELTZER**

| | |
|---|---|
| JOSE JIMENEZ, and all others similarly situated under 29 USC 216(B),<br><br>    Plaintiff<br>vs.<br><br>UNITED FREIGHT BROKERAGE CORP.<br>UNITED FREIGHT EXPRESS CORP.<br>MARIA E. KAFURY, LUIS F. MESA<br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

# WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Citibank 16101 Miramar PKWY, Miramar, Florida 33027 to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiff's Attorney, whose address is 300 71st Street, Suite 605, Miami Beach, Florida 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant(s), **Maria E. Kafury** (SSN: XXX-XX-0614) located at 11580 SW 30th Street, Apt. 204, Miramar, Florida 33025 and/or **Luis F. Mesa** (SSN: XXX-XX-9405) located at 11580 SW 30th Street, #204, Miramar, FL 33025 and/or **United Freight Brokerage Corp.** [FEI/EIN 26-3467072] and/or **United Freight Express Corp.** [FEI/EIN 26-3120197] located at 6447 Miami Lakes Drive E, Suite 212, Miami Lakes, Florida 33014 who, upon information and belief, maintains a bank account with Garnishee Citibank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants **Luis F. Mesa**, **Maria E. Kafury**, **United Freight Brokerage Corp., United Freight Express Corp**. Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $24,948.58.

Dated on __October 12th__, 2016.

              Steven M. Larimore

As Clerk of the Court

       By:__*Lisa J. Streets*__ as Deputy Clerk