Civil Action No. 09-22445

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This writ of garnishment for *(name of individual and title, if any)* GARNISHEE, CITIBANK

was received by me on *(date)* 10/12/2016 .

☐ I personally served the writ of garnishment on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the writ of garnishment at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the writ of garnishment on *(name of individual)* SOPHIA STEWART-EMPLOYEE-MANAGER , who is designated by law to accept service of process on behalf of *(name of organization)* CITIBANK 2750 AVENTURA BLVD, AVENTURA FL 33180 @ 3:22PM on *(date)* 10/13/2016 ; or

☐ I returned the writ of garnishment unexecuted because ☐ _____ ; or

Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2016

*Server's signature*

NEIL VAISELBERG-PROCESS SERVER #2250
*Printed name and title*

1001 NE 180TH TERRACE
NORTH MIAMI BEACH FL 33162 (305) 968-4439

*Server's address*

Additional information regarding attempted service, etc:
F,B,55,5'7",150LBS,BLK HAIR,GLASSES

Print    Save As...    Reset

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 09-22445-CIV-COHN/SELTZER**

JOSE JIMENEZ, and all others similarly )
situated under 29 USC 216(B), )
 )
       Plaintiff )
 )
vs. )
 )
UNITED FREIGHT BROKERAGE CORP. )
UNITED FREIGHT EXPRESS CORP. )
MARIA E. KAFURY, LUIS F. MESA )
 )
       Defendants )

*[Handwritten: Sophia Stewart / 2750 Aventura Blvd / Aventura Fl 33180 / 10/13/16 / 3:22pm / NV LLS]*

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Citibank 16101 Miramar PKWY, Miramar, Florida 33027 to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiff's Attorney, whose address is 300 71st Street, Suite 605, Miami Beach, Florida 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant(s), **Maria E. Kafury** (SSN: XXX-XX-0614) located at 11580 SW 30th Street, Apt. 204, Miramar, Florida 33025 and/or **Luis F. Mesa** (SSN: XXX-XX-9405) located at 11580 SW 30th Street, #204, Miramar, FL 33025 and/or **United Freight Brokerage Corp.** [FEI/EIN 26-3467072] and/or **United Freight Express Corp.** [FEI/EIN 26-3120197] located at 6447 Miami Lakes Drive E, Suite 212, Miami Lakes, Florida 33014 who, upon information and belief, maintains a bank account with Garnishee Citibank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants **Luis F. Mesa, Maria E. Kafury, United Freight Brokerage Corp., United Freight Express Corp**. Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $24,948.58.

Dated on  October 12th  , 2016.
                             Steven M. Larimore

As Clerk of the Court
               By: **Lisa J. Streets**   as Deputy Clerk

*[Handwritten at bottom: 6,8,55, 5'7, 1504, 4ichis, 0/4585]*