UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22445-CIV-COHN/SELTZER

JOSE JIMENEZ,

    Plaintiff,

vs.

UNITED FREIGHT BROKERAGE, et al.,

    Defendants.

_____/

### FINAL JUDGMENT AGAINST GARNISHEE JPMORGAN CHASE BANK N.A.

**THIS CAUSE** is before the Court on Plaintiff/Garnishor's Motion for Final Judgment as to Garnishee JPMorgan Chase Bank N.A. [DE 53].  The Court has reviewed the motion and the record, and is otherwise advised in the premises.

On June 14, 2015, Plaintiff filed a motion requesting that a writ of garnishment be issued against JPMorgan Chase Bank N.A. ("JPMorgan") [DE 45.]  On June 15, 2015, the clerk issued said writ of garnishment.  [DE 47.]  On July 2, 2015, JPMorgan served its Answer to the writ of garnishment, responding that it was indebted to Defendant Luis F. Mesa in the amount of $51.42.  [DE 50.]  On June 18, 2016, 2015 and July 2, 2015, Plaintiff field with the Court and served on Defendant Luis Mesa Statutory Notices pursuant to Florida Statute 77.041 and 77.055, respectively, which indicated that Defendant had twenty days to move to dissolve the writ.  [DE 49 and DE 51.]  As Garnishee, JPMorgan, has admitted owing a debt of $51.42 to Defendant Luis Mesa and Defendant has not moved to dissolve the writ within the time allotted, it is

**ORDERED AND ADJUDGED** that Plaintiff/Garnishor's Motion for Final Judgment as to Garnishee JPMorgan Chase Bank N.A. [DE 53] is hereby **GRANTED**. Final Judgment in Garnishment is hereby entered in favor of Plaintiff and against Garnishee, JPMorgan Chase Bank N.A. in the amount of $51.42, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of October, 2016.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.