UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22445-CIV-COHN/SELTZER

JOSE JIMENEZ, and all others similarly
situated under 29 U.S.C 216(B),

    Plaintiff,

v.

UNITED FREIGHT BROKERAGE CORP.,
UNITED FREIGHT EXPRESS CORP.,
MARIA E. KAFURY, AND LUIS F. MESA,

    Defendants.
_____/

ORDER DIRECTING RESPONSE AND SERVICE

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Defendants to Complete Fact Information Sheet in Aid of Execution Pursuant to Florida Rule of Civil Procedure 1.560 and 1.977  (DE 54 and DE 57) and was referred to the undersigned pursuant to 28 U.S.C. § 636 (DE 58).   To date neither the individual Defendants nor the corporate Defendants ("Defendants")[1] have  filed a Response to the instant Motion and the time for doing so has passed. Accordingly, it is hereby ORDERED as follows:

    1.    Defendants shall file a Response to the instant Motion and attachments thereto (DE 54 and DE 57) on or before November 14, 2016.

    2.    Defendants are cautioned that failure to timely file such a response may

---

[1] On July 9, 2010, the District Court entered a Final Default Judgment against Defendants United Freight Brokerage Corp., United Freight Express Corp., Maria E. Kafury, and Luis F. Mesa, jointly and severally, in the sum of $25,000 (less payments previously paid), plus interest. See Default Final Judgment (DE 39) (granting Plaintiff's Motion for Final Default Judgment for failure to make timely payments pursuant to settlement agreement).

result in the granting of Plaintiff's Motion to Compel (DE 54 and 57) by default.

3. Plaintiffs shall promptly serve a copy of this Order, Plaintiff's Motion to Compel (DE 54), and the Exhibits attached thereto (DE 57) (Fact Information Sheet 1.977) propounded on the individual Defendants and corporate Defendants (via their registered agent) all by certified mail, return receipt requested and shall file a Notice of Compliance with the Court. Furthermore, Plaintiff shall notify the Court whether the individual Defendants and the corporate Defendants (via their registered agent) have each received a copy of this Order, Plaintiff's Motion to Compel (DE 54), and the propounded Discovery (DE 57) served on each of the individual and corporate Defendants (via their registered agent), as evidenced by filing in the record the signed, return receipt.[2]

DONE AND ORDERED in Fort Lauderdale, Florida, this 21st day of October 2016.

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record
and unrepresented parties

BARRY S. SELTZER
United States Magistrate Judge

---

[2] If no receipt is returned, counsel shall file a statement in the record indicating such.